**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ABDOUL DIOMANDE,
A# 205-452-161,**

    **Petitioner,**

**vs.**                                             **Case No. 4:15cv482-WS/CAS**

**LORETTA LYNCH, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

    Petitioner, proceeding pro se, initiated this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner is a native and citizen of the Ivory Coast, ECF No. 1 at 1-2, and claimed that ICE would be unable to remove him because "his consulate refuses to recognize him as Native Ivorian citizen because he is not found registered in their records." Id. at 2. Petitioner sought release from an alleged period of indefinite detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). Id. at 4.

Finding the petition sufficient, Respondents were required to file an answer or other appropriate pleading to the petition.  ECF No. 3. Respondents have now filed a motion to dismiss asserting that Petitioner "was released from the custody of Immigration and Customs Enforcement ("ICE") on January 12, 2016."  ECF No. 8 at 1.

Because Petitioner is no longer in detention, this § 2241 petition is moot.  *Id.*  Attached to the motion to dismiss is a copy of the Release Notification signed by Respondent Marc J. Moore.   ECF No. 8-1.  Pursuant to that Notification, Petitioner is released from custody and subject to written conditions as outlined in an Order of Supervision.  *Id.*  Thus, because Petitioner's request for relief in the petition was issuance of an Order "directing the Respondents to immediately release Petitioner from custody," and because Petitioner has been granted release, there is no judicial remedy left and this case should be dismissed as moot.

Should Petitioner object to the dismissal of his petition, he must file Objections within fourteen days.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 8, filed by Respondents be **GRANTED** and the petition for writ of

habeas corpus, ECF No. 1, filed by Petitioner Abdoul Diomande be

**DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on January 14, 2016.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.